UNITED STATES *v.* THOMPSON and another.

(*Circuit Court, D. Oregon.* November 22, 1886.)

Indictment for Conspiracy to Defraud the United States.

DEADY, J. This case is similar to the foregoing one in all respects, except that the land in question is the S. W. ¼ of section 22, in township 1 N., range 20 E. of the same meridian. The defendant Thompson demurred to the indictment, and the same was argued and submitted with the demurrer in the foregoing case.

The demurrer is sustained, and the defendant held to answer as above.